JOHN F. KRATTLI, County Counsel
ROGER H. GRANBO, Assistant County Counsel
EDWIN A. LEWIS, Senior Deputy County Counsel
(SBN 101699) • elewis@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1202 · Fax: (213) 626-2105

Attorneys for Defendants
COUNTY OF LOS ANGELES, Deputy J. MINER, Deputy
REDENBAUGH and Deputy J. TELLES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FARATZIS, JOHN SABIN FARATZIS, and JOSEPH FARATZIS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a political subdivision of the State of California; DEPUTY J. MINER (#509732); DEPUTY J. TELLES (#525042) and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. CV 12-7396 BRO (MANx)<br><br>**ORDER AND JUDGMENT**<br><br>Action Filed: August 31, 2012<br>Discovery Cutoff: July 31, 2013<br>Motion Cutoff: August 30, 2013<br>Trial Date: December 3, 2013 |

    Defendants COUNTY OF LOS ANGELES, Deputy J. MINER, Deputy REDENBAUGH and Deputy J. TELLES'S Motion for Summary Judgment having been fully considered based upon the evidence, the separate statements, the memorandum of points and authorities filed herein, the Court finds there are no triable issues of material fact in this action and that Defendants are entitled to summary judgment as a matter of law.

    IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED THAT summary judgment be, and hereby is entered in favor of Defendants COUNTY OF

HOA.1022117.1

1 | LOS ANGELES, Deputy J. MINER, Deputy REDENBAUGH and Deputy J.
2 | TELLES and against Plaintiffs JOHN FARATZIS, JOHN SABIN FARATZIS, and
3 | JOSEPH FARATZIS as to all causes of action.
4 |     Furthermore, the Court having considered Plaintiffs' Motion for Leave to
5 | Amend the Complaint finds that the Motion is untimely having been filed after the
6 | Court ordered deadline of August 30, 2013 and the Court independently finds that
7 | the proposed amendment is futile inasmuch as it does not appear to add any genuine
8 | material to the complaint.  Therefore, the Motion to Amend is denied.

**IT IS SO ORDERED.**

Dated:  November 6, 2013

    HONORABLE BEVERLY REID O'CONNELL
    UNITED STATES DISTRICT COURT JUDGE

HOA.1022117.1

-2-